DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: darren.brenner@akerman.com
Email: matthew.knepper@akerman.com

*Attorneys for Defendant Synchrony Bank*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDUARO P. GARCIA, JR., <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; SAINT FRANCIS HOSPITAL FEDERAL CREDIT UNION; CITIBANK; SYNCHRONY BANK, <br><br> Defendants. | Case No.: 2:15-cv-00522-RFB-PAL <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR SYNCHRONY BANK TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS** <br><br> **(FIRST REQUEST)** |

The parties respectfully submit the following Stipulation to allow Defendant Synchrony Bank to file a reply in support of its Motion to Dismiss Plaintiff Eduaro Garcia's Complaint. ECF No. 5. Pursuant to stipulation of the parties, Synchrony shall have until July 2, 2015 to file its reply brief. This stipulation addresses current time constraints on defense counsel. This is the parties' first request for an extension.

/ / /

{34060626;1}

DATED this 26th day of June, 2015.

| **KAZEROUNI LAW GROUP, APC** | **AKERMAN LLP** |
|---|---|
| /S/ *Danny Horen*<br>DANNY J. HOREN, ESQ.<br>Nevada Bar No 13153<br>7854 W. Sahara Avenue<br>Las Vegas, NV 89117<br><br>DAVID H. KRIEGER, ESQ.<br>HAINES & KRIEGER, LLC<br>Nevada Bar No, 9086<br>8985 S. Eastern Avenue, Suite 130<br>Las Vegas, NV  89123<br><br>*Attorneys for Plaintiff* | /s/ *Matthew Knepper*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>MATTHEW I. KNEPPER<br>Nevada Bar No. 12796<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendant Synchrony Bank.* |

**IT IS SO ORDERED:**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT  JUDGE**

DATED:  July 1, 2015

{34060626;1}                                          2