1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

EDUARDO GARCIA, JR.,

Plaintiff,

v.

SAINT FRANCIS HOSPITAL FEDERAL CREDIT UNION, et al.,

Defendants.

Case No. 2:15-cv-00522-RFB-PAL

ORDER

Before the court is the Notice of Settlement between Plaintiff and Synchrony (Dkt. #20) filed August 31, 2015.  The parties advise that the dispute between Plaintiff Eduardo Garcia, Jr. and Defendant Synchrony Bank has been resolved, and they anticipate dismissal documents being filed no later than October 31, 2015.  Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Synchrony Bank shall have until **October 31, 2015,** to either file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 21st day of September, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1