**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| EDUARDO GARCIA, JR., <br><br>                                PLANTIFF, <br><br>        v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., *et al*, <br><br>                                DEFENDANT'S. | Case No. 2:15-cv-00522-RFB-PAL <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Counsel for plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to timely serve **Defendant Citibank** according to the requirements of Rule 4(m) of the Federal Rules of Civil Procedure. Therefore,

**IT IS ORDERED** that this action is **DISMISSED** without prejudice as to **Defendant Citibank.**

DATED this 8th day of December, 2015.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**