1
2
3
4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6

* * *

7

EDUARDO GARCIA, JR.,                           Case No. 2:15-cv-00522-RFB-PAL

8
                                    Plaintiff,              ORDER
9
          v.

10
SAINT FRANCIS HOSPITAL FEDERAL
CREDIT UNION,
11

12
                                   Defendants.

13          Before the court is the Notice of Settlement Between Plaintiff and Defendant Experian

14   Information Solutions, Inc. (Dkt. #37). The parties advise that a settlement has been reached and

15   that a stipulation to dismiss should be filed within 60 days. Accordingly,

16          **IT IS ORDERED** that Plaintiff and Defendant Experian Information Solutions, Inc. shall

17   have until **April 5, 2016,** to file a stipulation to dismiss, or a joint status report advising when the

18   stipulation to dismiss will be filed.

19          DATED this 8th day of February, 2016.

20

21                                                    _____
                                                      PEGGY A. LEEN
22                                                    UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28